In the Matter of the Compromise of the Interests of the Residuary Legatees under the Last Will and Testament of FANNY MAYER, Deceased. ELIAS G. MAYER, Appellant, and MILTON M. DAVIS, as Trustee, etc., EDGAR E. KAHN, Individually and as Trustee, etc., of FANNY MAYER, Deceased, EDGAR C. KAHN and ELEANOR F. (KAHN) KUSEL, Respondents.— Order of the Surrogate's Court,

Westchester County, denying an application to approve an agreement of compromise entered into by all the beneficiaries and representatives under the will of the decedent, unanimously affirmed, with costs to appellant, payable out of the estate. No opinion. Present — Lazansky, P. J., Carswell, Adel, Taylor and Close, JJ.